966

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS A. LE VESQUE.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that the appeal was not timely taken.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMIE LEE PAUL v. WALTER H. WILKINS, as Warden of Attica Prison.— Motion to prosecute appeal as a poor person, and for other relief, denied. Memorandum: The contentions sought to be raised in this proceeding have been raised previously by direct appeal (9 A D 2d 719) and also in an appeal in this court from a denial of a writ of error *coram nobis* which was unanimously affirmed (16 A D 2d 745).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY LEE BRELAND, Appellant.— Motion granted to extent of permitting appeal on type-written copies of brief and papers which were before the court on defendant's motion to dismiss the indictment. Those are the only papers which can be considered upon an appeal from an order denying defendant's motion to dismiss. We do not at this time pass upon the question of whether that order is appealable or not.